# UNITED STATES DISTRICT COURT
## Southern District of Illinois

UNITED STATES OF AMERICA
v.
CHRISTOPHER CAMPBELL

**Judgment in a Criminal Case**
(For **Revocation** of Probation or Supervised Release)

Case No. 4:02CR40078-20-JPG
USM No. 05885-025

Judith A. Kuenneke, AFPD
_Defendant's Attorney_

**FILED AUG 04 2010 CLERK, U.S. DISTRICT COURT SOUTHERN DISTRICT OF ILLINOIS BENTON OFFICE**

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s)  as alleged below  of the term of supervision.
☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Statutory | The defendant committed offense of Aggravated Battery | 06/10/2010 |
| Standard # 7 | The defendant consumed alcohol to excess | 06/10/2010 |

The defendant is sentenced as provided in pages 2 through __4__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: 6200

Defendant's Year of Birth: 1971

City and State of Defendant's Residence:
West Frankfort, IL

07/29/2010
Date of Imposition of Judgment

_Signature of Judge_

J. Phil Gilbert         District Judge
Name and Title of Judge

August 3, 2010
Date

DEFENDANT: CHRISTOPHER CAMPBELL
CASE NUMBER: 4:02CR40078-20-JPG

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| Special | Defendant consumed alcohol while entrolled in substance abuse treatment | 06/10/2010 |

DEFENDANT: CHRISTOPHER CAMPBELL
CASE NUMBER: 4:02CR40078-20-JPG

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total total term of :

Time Served

☐ The court makes the following recommendations to the Bureau of Prisons:

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
  ☐ at _____ ☐ a.m. ☐ p.m. on _____ .
  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  ☐ before 2 p.m. on _____ .
  ☐ as notified by the United States Marshal.
  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

Judgment—Page 4 of 4

DEFENDANT: CHRISTOPHER CAMPBELL
CASE NUMBER: 4:02CR40078-20-JPG

## SPECIAL CONDITIONS OF SUPERVISION

X  The defendant shall spend the first six months in a half-way house as directed by probation.

X  The defendant shall spend the last six months on electronic monitoring as directed by probation.

X  Due to the defendant's substance abuse history, he shall participate as directed and approved by the probation officer in treatment for narcotic addiction, drug dependence, or alcohol dependence, which includes urinalysis or other drug detection measures and which may require residence and/or participation in a residential treatment facility. Any participation will require complete abstinence from all alcoholic beverages. The defendant shall pay for the costs associated with substance abuse counseling and/ or testing based on a copay sliding fee scale approved by the United States probation Office. Copay shall never exceed the total costs of counseling. The number of tests shall not exceed 52 in a one year period.

X  The defendant shall participate in mental health treatment as directed by probation.

X  The defendant shall NOT consume ANY alcohol while on supervised release.